**Electronically Filed
Intermediate Court of Appeals
29668
27-JUN-2012
02:01 PM**

NO. 29668

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


LLOYD Y. ASATO, Plaintiff-Appellee, v.
ESTHER K. KANAKANUI, et al., Defendants-Appellees

KEITH K. HIRAOKA and ROECA LARIA & HIRAOKA LLP,
Real Parties in Interest/Appellants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 00-1-0001 (HILO))

ORDER DISMISSING APPEAL
(By: Nakamura, C.J., for the court)[1]

Upon consideration of the Stipulation to Dismiss Appeal and the records and files herein, it appears that:

(1) Real Parties in Interest/Appellants Keith K. Hiraoka, Esq., and Roeca Luria Hiraoka LLP (Appellants) filed a notice of appeal from a Third Circuit Court order denying a motion to withdraw as counsel for Respondent-Appellee Louis P. Mendonca (Mendonca);

(2) on June 22, 2012, the Appellants and Mendonca submitted the stipulation to dismiss the appeal filed by Appellants with the

_____

[1] Considered by: Nakamura, C.J., Foley and Leonard, JJ.

parties to bear their own costs and fees; (3) Appellants and Mendonca, who are the only parties participating in this appeal, agree that this appeal is moot. Therefore,

IT IS HEREBY ORDERED that this appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, June 27, 2012.

FOR THE COURT:

Craj M. Nakamura

Chief Judge